**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MUNDY, JOSEPH<br>v.<br>YELLOW TRANSPORTATION COMPANY, INC, SHORT-TERM DISABILITY PLAN, Designated for Employees of Yellow Transportation, Inc; et al. | FILED Case Number:<br>March 18, 2008   TG<br>08cv1576<br>Judge BUCKLO<br>Magistrate Judge VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plantiff

| |
|---|
| NAME (Type or print)<br>Roger S. Hutchison, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Roger S. Hutchison, Esq. |
| FIRM<br>Dobbs and Hutchison, Attorneys at Law |
| STREET ADDRESS<br>47 West Polk Street, Dearborn Station, Suite M-2 |
| CITY/STATE/ZIP<br>Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06211204 | TELEPHONE NUMBER<br>312-461-9200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐