# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 08 C 1576 |
| JOSEPH MUNDY, Plaintiff, vs. YELLOW TRANSPORTATION COMPANY, INC., Defendant | Hon. Judge Bucklo |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**YELLOW TRANSPORTATION COMPANY, INC.**

| |
|---|
| NAME(Type or Print) <br> William R. Pokorny |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/William R. Pokorny |
| FIRM <br> Franczek Sullivan P.C. |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions) <br> 6275705 | TELEPHONE NUMBER <br> Phone:  (312) 786-6141 Fax:  (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE     YES ☐     NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE     YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☐          NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |

373432.1