**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case No.: 08 C 1576

JOSEPH MUNDY                                              ,        Hon. Judge Bucklo
         Plaintiff,
    vs.
YELLOW TRANSPORTATION COMPANY, INC.,
         Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**YELLOW TRANSPORTATION COMPANY, INC.**

| |
|---|
| NAME(Type or Print)<br>Lisa A. McGarrity |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Lisa A. McGarrity |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>06198304 | TELEPHONE NUMBER<br>Phone:  (312) 786-6136 Fax:  (312) 986-9192 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE     YES ☒         NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE    YES ☐         NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒         NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒         NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |

373435.1