**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MUNDY,<br><br>                    Plaintiff,<br><br>          v.<br><br>YELLOW TRANSPORTATION COMPANY,<br>INC., SHORT-TERM DISABILITY PLAN,<br>*et al.*<br><br>                    Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

**NOTICE OF MOTION**

To:    Kenneth Paul Dobbs
       Roger Sanford Hutchison
       Dobbs and Hutchison
       47 West Polk Street , Suite M-2
       Chicago, IL 60605

       PLEASE TAKE NOTICE that on **Wednesday, April 9, 2008** at **9:30 a.m.** we shall appear before the **Honorable Judge Elaine E. Bucklo, Room 1441**, or any judge sitting in her stead, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANT'S** UNOPPOSED **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT,** a copy of which has been served upon you.

                              Respectfully submitted,

                              YELLOW TRANSPORTATION COMPANY,
                              INC.

                              By: s/William R. Pokorny - 06275705_____
                                    wrp@franczek.com

Lisa A. McGarrity - 06198304
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300
wrp@franczek.com
lam@franczek.com
Dated:  April 4, 2008

373516.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing

**YELLOW TRANSPORTATION COMPANY'S MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT,** has been filed with the Clerk of the Court using the CM/ECF system on this 4th day of April 2008, which will send notification to the following counsel of record:

> Kenneth Paul Dobbs
> roghutch@prodigy.net
> Roger Sanford Hutchison
> rsh@dobbsandhutchison.com
> Dobbs and Hutchison
> 47 West Polk Street
> Suite M-2
> Chicago, IL 60605
> (312) 461-9200


> s/William R. Pokorny - 06275705____
> wrp@franczek.com
>
> Lisa A. McGarrity - 06198304
> lam@franczek.com
> FRANCZEK SULLIVAN, P.C.
> 300 South Wacker Drive
> Suite 3400
> Chicago, IL 60606-6785
> (312) 986-0300