## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Joseph Mundy

                                         Plaintiff,

v.                                                                    Case No.: 1:08–cv–01576
                                                                  Honorable Elaine E. Bucklo

Yellow Transportation Company, Inc., et al.

                                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendant's motion for extension of time 5/8/08 to answer or otherwise plead [10] is granted.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.