IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YELLOW TRANSPORTATION COMPANY, INC., ) <br> SHORT-TERM DISABILITY PLAN, Designated for ) <br> Employees of Yellow Transportation, Inc.; YELLOW ) <br> TRANSPORTATION COMPANY, INC. LONG- ) <br> TERM DISABILITY PLAN, Designated for ) <br> Employees of Yellow Transportation, Inc.; CIGNA ) <br> CORPORATION, in its capacity as Administrator of ) <br> the Plans; ) <br> ) <br> Defendants. ) | Case No.: 08 C 1576 <br><br> Judge Bucklo <br><br> Magistrate Judge Valdez |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CIGNA CORPORATION**

| |
|---|
| SIGNATURE: /s/ Peter E. Pederson |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270416 | TELEPHONE NUMBER <br> 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ ||

6306397v1 887622