IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YELLOW TRANSPORTATION COMPANY, INC., ) | Case No.: 08 C 1576 |
| SHORT-TERM DISABILITY PLAN, Designated for ) | |
| Employees of Yellow Transportation, Inc.; YELLOW ) | Judge Bucklo |
| TRANSPORTATION COMPANY, INC. LONG- ) | |
| TERM DISABILITY PLAN, Designated for ) | Magistrate Judge Valdez |
| Employees of Yellow Transportation, Inc.; CIGNA ) | |
| CORPORATION, in its capacity as Administrator of ) | |
| the Plans; ) | |
| ) | |
| Defendants. ) | |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**CIGNA CORPORATION**

| |
|---|
| SIGNATURE: /s/ Daniel K. Ryan |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270416 | 312-704-3000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒        NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐        NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL  ☐       APPOINTED COUNSEL  ☐ |

6306401v1 887622