**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH MUNDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **YELLOW TRANSPORTATION COMPANY, INC.,** | ) | **Case No.: 08 C 1576** |
| **SHORT-TERM DISABILITY PLAN, Designated for** | ) | |
| **Employees of Yellow Transportation, Inc.; YELLOW** | ) | **Judge Bucklo** |
| **TRANSPORTATION COMPANY, INC. LONG-** | ) | |
| **TERM DISABILITY PLAN, Designated for** | ) | **Magistrate Judge Valdez** |
| **Employees of Yellow Transportation, Inc.; CIGNA** | ) | |
| **CORPORATION, in its capacity as Administrator of** | ) | |
| **the Plans;** | ) | |
| | ) | |
| **Defendants.** | ) | |

**To:**  Kenneth Paul Dobbs, Esq.  <roghutch@prodigy.net>
Roger Sanford Hutchison, Esq. <rsh@dobbsandhutchison.com>
Lisa Anne McGarrity, Esq. <lam@franczek.com>
William R Pokorny, Esq. <wrp@franczek.com>

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that, on April 21, 2008, at 9:30 a.m., we will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then present **CIGNA Corporation's Agreed Motion for Extension of Time.**

Daniel K. Ryan                          Respectfully submitted:
Peter E. Pederson
HINSHAW & CULBERTSON LLP                 CIGNA CORPORATION
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601-1081           By:___/s/ Peter E. Pederson_____
(312) 704-3000                                  One of its attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on April 15, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

_____/s/ Peter E. Pederson_____

6307685v1 887622