U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case No.: 08 C 1576

JOSEPH MUNDY                                                    ,    Hon. Judge Bucklo
          Plaintiff,
     vs.
YELLOW TRANSPORTATION COMPANY, INC.,
          Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YELLOW ROADWAY CORPORATION
LONG-TERM DISABILITY INSURANCE PLAN

| NAME(Type or Print) |  |
| --- | --- |
| Lisa A. McGarrity |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/Lisa A. McGarrity |  |
| FIRM |  |
| Franczek Sullivan P.C. |  |
| STREET ADDRESS |  |
| 300 South Wacker Drive, Suite 3400 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60606 |  |
| ID NUMBER (See Item 3 in Instructions) | TELEPHONE NUMBER |
| 06198304 | Phone: (312) 786-6136  Fax: (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE    YES ☒    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE    YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

373435.2