IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YELLOW TRANSPORTATION COMPANY, INC., ) | Case No.: 08 C 1576 |
| SHORT-TERM DISABILITY PLAN, Designated for ) | |
| Employees of Yellow Transportation, Inc.; YELLOW ) | Judge Bucklo |
| TRANSPORTATION COMPANY, INC. LONG- ) | |
| TERM DISABILITY PLAN, Designated for ) | Magistrate Judge Valdez |
| Employees of Yellow Transportation, Inc.; CIGNA ) | |
| CORPORATION, in its capacity as Administrator of ) | |
| the Plans; ) | |
| ) | |
| Defendants. ) | |

**To:** Roger Sanford Hutchison, Esq.  William R Pokorny, Esq.
rsh@dobbsandhutchison.com   wrp@franczek.com
DOBBS AND HUTCHISON    FRANCZEK SULLIVAN P.C.
47 W Polk St       300 South Wacker Drive
Chicago, IL 60605-2000    Suite 3400
         Chicago, Illinois 60606

### NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that, on May 13, 2008, at 9:30 a.m., we will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then present **Agreed Motion for Extension of Time on Behalf of All Defendants.**

Daniel K. Ryan                              Respectfully submitted:
Peter E. Pederson
HINSHAW & CULBERTSON LLP      CIGNA CORPORATION
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081            By:    /s/ Peter E. Pederson
(312) 704-3000                                  One of its attorneys

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 8, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

         /s/ Peter E. Pederson

6307685v1 887622