**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH MUNDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **YELLOW TRANSPORTATION COMPANY, INC.,** | ) | **Case No.: 08 C 1576** |
| **SHORT-TERM DISABILITY PLAN, Designated for** | ) | |
| **Employees of Yellow Transportation, Inc.; YELLOW** | ) | **Judge Bucklo** |
| **TRANSPORTATION COMPANY, INC. LONG-** | ) | |
| **TERM DISABILITY PLAN, Designated for** | ) | **Magistrate Judge Valdez** |
| **Employees of Yellow Transportation, Inc.; CIGNA** | ) | |
| **CORPORATION, in its capacity as Administrator of** | ) | |
| **the Plans;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED MOTION FOR EXTENSION OF TIME ON BEHALF OF ALL DEFENDANTS

Defendants, CIGNA CORPORATION, which is not a proper defendant to this case, and

YELLOW ROADWAY CORPORATION LONG-TERM DISABILITY INSURANCE PLAN

("LTD Plan"), by their undersigned counsel, respectfully moves this Honorable Court for a final

21 day extension of time, up to June 19, 2008, in which all defendants may answer or otherwise

plead to plaintiff's complaint, stating as follows:

1.      Plaintiff filed this action seeking to recover benefits under a short-term disability

plan ("STD Plan") and the LTD Plan.  No defendant has filed a substantive response to the

complaint because the parties have attempted to come to an agreement about who the proper

defendants to plaintiff's claims are.

2.      On May 28 and 29, 2008, plaintiff's counsel told the undersigned that he would

file an amended complaint substituting Life Insurance Company of North America ("LINA") as

defendant in place of CIGNA Corporation and making other changes to the original complaint.

3.      Because an amended complaint will be filed, all defendants respectfully request a 21 day extension so that they can respond to the amended complaint, rather than the original complaint that will be withdrawn.

4.      In a phone conversation on May 29, 2008, counsel for the plaintiff stated that he agreed to the 21-day extension requested in this motion.

WHEREFORE, Defendant, CIGNA CORPORATION, respectfully requests that this Honorable Court grant all defendants a 21 day extension of time, up to May 29, 2008, in which to answer or otherwise plead to plaintiff's complaint.

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
**Fax:** (312) 704-3001
dryan@hinshawlaw.com
ppederson@hinshawlaw.com

Respectfully submitted:

CIGNA CORPORATION and YELLOW ROADWAY CORPORATION LONG-TERM DISABILITY INSURANCE PLAN

By:  /s/ Peter E. Pederson
One of its Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 29, 2008, I e-filed this motion using the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

s/Peter E. Pederson

## SERVICE LIST

Roger Sanford Hutchison, Esq.
rsh@dobbsandhutchison.com
DOBBS AND HUTCHISON
47 W Polk St
Chicago, IL 60605-2000

William R Pokorny, Esq.
wrp@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606

2