IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YELLOW TRANSPORTATION COMPANY, INC., ) | Case No.: 08 C 1576 |
| SHORT-TERM DISABILITY PLAN, Designated for ) | |
| Employees of Yellow Transportation, Inc.; YELLOW ) | Judge Bucklo |
| TRANSPORTATION COMPANY, INC. LONG- ) | |
| TERM DISABILITY PLAN, Designated for ) | Magistrate Judge Valdez |
| Employees of Yellow Transportation, Inc.; CIGNA ) | |
| CORPORATION, in its capacity as Administrator of ) | |
| the Plans; ) | |
| ) | |
| Defendants. ) | |

**To:**  Roger Sanford Hutchison, Esq.        William R Pokorny, Esq.
rsh@dobbsandhutchison.com          wrp@franczek.com
DOBBS AND HUTCHISON                FRANCZEK SULLIVAN P.C.
47 W Polk St                       300 South Wacker Drive
Chicago, IL 60605-2000             Suite 3400
                                   Chicago, Illinois 60606

**NOTICE OF AGREED MOTION**

    PLEASE TAKE NOTICE that, on June 5, 2008, at 9:30 a.m., we will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then present **Agreed Motion for Extension of Time on Behalf of All Defendants** and **Motion for Substitution of Counsel.**

Daniel K. Ryan                         Respectfully submitted:
Peter E. Pederson
HINSHAW & CULBERTSON LLP               CIGNA CORPORATION
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601-1081          By:___/s/ Peter E. Pederson_____
(312) 704-3000                                 One of its attorneys

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that on May 8, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

                                                                _____/s/ Peter E. Pederson_____