UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br><br>      Plaintiff,<br><br>vs.<br><br>YELLOW TRANSPORTATION COMPANY, INC.,<br>SHORT-TERM DISABILITY PLAN,<br>Designated for Employees of<br>Yellow Transportation, Inc.;<br>YELLOW TRANSPORTATION COMPANY, INC.,<br>LONG-TERM DISABILITY PLAN,<br>Designated for Employees of<br>Yellow Transportation, Inc.;<br>CIGNA CORPORATION,<br>in its capacity as Administrator<br>of the Plans;<br><br>      Defendants. | No.   08 C 1576<br><br>Judge Bucklo<br><br>Magistrate Judge<br>Valdez |

NOTICE OF MOTION

Plantiff will appear before the Honorable Judge Bucklo on June 5, 2008 at 9:30 a.m. CST, in room 1441; and will present Plantiff's motion to amend complaint.

Respectfully submitted,

Attorney for Plaintiff

Dobbs and Hutchison
47 West Polk Street, Suite M-2
Chicago, Il 60605
312-461-9800