## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1576 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Mundy vs. Yellow Transportation Co., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time until 6/19/08 to respond to amended complaint is granted. Plaintiff's motion to amend complaint is also granted. Defendant Yellow Transportation Co.'s motion for leave to withdraw and substitute counsel is granted. Accordingly, Lisa A. McGarrity and William R. Pokorny are allowed to withdraw their appearances and Daniel K. Ryan and Peter E. Pederson are allowed to file their appearances as substitute counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|