## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1576 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Mundy vs. Yellow Transportation, et al. | | |

**DOCKET ENTRY TEXT**

The order entered this day (26) is amended only with respect to defendant's motion to withdraw (26) as follows: Defendant Roadway corporation Long-Term Disability Insurance Plan's motion to withdraw and substitute Counsel is granted. Accordingly, Lisa A. McGarrity and William R. Pokorny are allowed to withdraw their appearances and Daniel K. Ryan and Peter E. Pederson are allowed to file their appearances as substitute counsel. The docket clerk is directed to reinstate counsel's appearances (terminated in error) on behalf of defendant Yellow Transportation Co.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|