IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br>             Plaintiff,<br>    v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*,<br>             Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

**DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION TO DISMISS**

Defendant Yellow Transportation, Inc. moves under Fed. R. Civ. P. 12(b)(1) to dismiss the breach of contract claim asserted in Count I of Plaintiff Joseph Mundy's Amended Complaint, as the Court lacks original subject matter jurisdiction over this claim, and should decline to exercise supplemental jurisdiction under 28 U.S.C. § 1367. In support of its Motion, Yellow submits the accompanying Memorandum of Law and the exhibits attached thereto.

                                          Respectfully submitted,

                                          YELLOW TRANSPORTATION COMPANY, INC.

                                          By: s/William R. Pokorny - 06275705
                                               wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated: June 17, 2008

1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION TO DISMISS,** has been filed with the Clerk of the Court using the CM/ECF system on this 17th day of June, 2008, which will send notification to the following counsel of record:

>Kenneth Paul Dobbs
>roghutch@prodigy.net
>Roger Sanford Hutchison
>rsh@dobbsandhutchison.com
>Dobbs and Hutchison
>47 West Polk Street
>Suite M-2
>Chicago, IL 60605
>(312) 461-9200

>s/William R. Pokorny - 06275705____
>wrp@franczek.com

>Lisa A. McGarrity - 06198304
>lam@franczek.com
>FRANCZEK SULLIVAN, P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606-6785
>(312) 986-0300

376113.1