IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br><br>           Plaintiff,<br><br>    v.<br><br>YELLOW TRANSPORTATION COMPANY, INC., SHORT-TERM DISABILITY PLAN, *et al.*<br><br>           Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

### NOTICE OF MOTION

To:    Kenneth Paul Dobbs
         Roger Sanford Hutchison
         Dobbs and Hutchison
         47 West Polk Street , Suite M-2
         Chicago, IL 60605

      PLEASE TAKE NOTICE that on Monday**, June 30, 2008** at **9:30 a.m.** we shall appear before the **Honorable Judge Elaine E. Bucklo, Room 1441**, or any judge sitting in her stead, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION TO DISMISS,** a copy of which has been served upon you.

                                          Respectfully submitted,

                                          YELLOW TRANSPORTATION COMPANY, INC.

                                          By: s/William R. Pokorny - 06275705
                                                wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  June 17, 2008

379372.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **DEFENDANT YELLOW TRANSPORTATION, INC.'S NOTICE OF MOTION TO DISMISS,** has been filed with the Clerk of the Court using the CM/ECF system on this 17th day of June, 2008, which will send notification to the following counsel of record:

>Kenneth Paul Dobbs
>roghutch@prodigy.net
>Roger Sanford Hutchison
>rsh@dobbsandhutchison.com
>Dobbs and Hutchison
>47 West Polk Street
>Suite M-2
>Chicago, IL 60605
>(312) 461-9200

>s/William R. Pokorny - 06275705____
>wrp@franczek.com

>Lisa A. McGarrity - 06198304
>lam@franczek.com
>FRANCZEK SULLIVAN, P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606-6785
>(312) 986-0300

379372.1