**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MUNDY,<br><br>              Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*,<br><br>              Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION TO DISMISS**

Defendant Yellow Transportation, Inc. respectfully asks the Court to dismiss Count I of Plaintiff Joseph Mundy's Amended Complaint under Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1367(c), because this claim arises under state law and will predominate over the ERISA claim for long-term disability benefits asserted in Count II of the Amended Complaint. In support of its Motion, Yellow states as follows:

**I.      Introduction.**

Mundy asserts two claims in his Amended Complaint. In Count I, he asserts a breach of contract claim under Illinois state law seeking short-term disability benefits under Yellow's Short-Term Income Replacement Plan for Exempt Employees ("STIR").[1] Mundy demands a jury trial on this count. In Count II, Mundy asserts a federal claim under the Employee Retirement Income Security Act of 1974 ("ERISA") for benefits under the Yellow Roadway Corporation Long-Term Disability Insurance Plan (the "LTD Plan"). Mundy acknowledges in

---

[1]      STIR is not an employee benefit plan governed by ERISA, but a "payroll practice" exempt from ERISA under 29 C.F.R. § 2510.3-1(b) ("the terms 'employee welfare benefit plan' and 'welfare plan' shall not include … [p]ayment of an employee's normal compensation, out of the employer's general assets, on account of periods of time during which the employee is physically or mentally unable to perform his or her duties, or is otherwise absent for medical reasons.

375873.1

the Amended Complaint that Count I is an "ancillary state claim" to the ERISA claim in Count II.  (Amended Complaint, ¶ 3.)

## II.    Argument.

### A.    The Court May Decline Jurisdiction Over State Law Claims.

While 29 U.S.C. § 1367(a) provides district courts supplemental jurisdiction over claims forming "part of the same case or controversy" as a claim over which the court has original jurisdiction, "the power [to adjudicate state law claims] need not be exercised in every case in which it is found to exist.  [Rather] it has consistently been recognized that pendent [now supplemental] jurisdiction is a doctrine of discretion, not of plaintiff's right."  *See Berg v. BCS Financial Corp.*, 372 F. Supp. 2d 1080, 1095 (N.D. Ill. 2005) (brackets in original), *quoting United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966).

28 U.S.C. § 1367(c) governs the Court's discretion:

> The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if – (1) the claim raises an novel or complex issue of State law; (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction; (3) the district court has dismissed all claims over which it has original jurisdiction, or (4) in exceptional circumstances, there are compelling reasons for declining jurisdiction.

In determining whether to exercise supplemental jurisdiction under this statute, courts weigh "considerations of judicial economy [and] convenience and fairness to litigants…."  *Gibbs*, 383 U.S. at 726.  Further, "if it appears that the state issues substantially predominate, whether in terms of proof, of the scope of the issues raised, or of the comprehensiveness of the remedy sought, the state claims may be dismissed without prejudice and left for resolution to state tribunals."  *Id.*

2

## B.  The Court Should Decline Jurisdiction Over Count I of Mundy's Complaint.

Here, the Court should decline to exercise jurisdiction over Count I of the Amended Complaint because Mundy's supplemental state-law claim for STIR benefits will predominate over his ERISA claim in Count II in terms of necessary discovery, the scope of the record at trial, the issues of state law to be decided, and the nature of the trial itself.

Benefits determinations under ERISA plans that give the plan administrator discretionary authority are entitled to judicial review that is "extremely deferential," in which the court examines only whether the determination was "arbitrary and capricious."  *See Olander v. Bucyrus-Erie Co.*, 187 F.3d 599, 607 (7th Cir. 1999).  No "magic words" are required to confer discretion on a plan administrator.  Rather, the plan need only "indicate with the requisite minimum clarity that a discretionary determination is envisaged."  *Herzberger v. Standard Ins. Co.*, 205 F.3d 327, 331 (7th Cir. 2000).

Here, the Summary Plan Description for the LTD Plan plainly confers discretion upon the administrator's designated agent for adjudicating claims:

> The Plan Administrator has appointed the Insurance Company as the named fiduciary for adjudicating claims for benefits under the Plan, and for deciding any appeals of denied claims. The Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact.

Ex. A, ¶ 3, Decl. Ex. 1 at 17.  In light of this language, the Court's review of the ERISA claim asserted in Count II will be governed by the "arbitrary and capricious" standard.  Under this standard, review of an administrator's benefits determination "means review on the administrative record."  *Perlman v. Swiss Bank Corp. Comprehensive Disab. Protection Plan*, 195 F.3d 975, 981-82 (7th Cir. 1999).  The Seventh Circuit observed in *Perlman* that it has

3

"never" permitted discovery in an ERISA case "where the question is whether a decision is supported by substantial evidence, or is arbitrary and capricious." *Id.* at 982.

By dismissing Count I of the Amended Complaint, the Court will conserve limited federal judicial resources by limiting its review to Mundy's LTD claim, and it will not be called upon to review or intervene in any of the protracted discovery that may surround a breach of contract claim under state law. Mundy will not be prejudiced, as he will still be able to pursue his claim for STIR benefits in state court. Resolution of Mundy's ERISA claim for LTD benefits will be greatly accelerated. Under these circumstances, the Court should decline to exercise its supplemental jurisdiction. *See Berg*, 372 F. Supp. 2d at 1096 (declining to exercise supplemental jurisdiction over state breach of contract claim because the state claim would require substantially more involved discovery than the plaintiff's claim for ERISA benefits).

Dismissal is also appropriate here because Mundy's STIR claim presents novel issues of Illinois law. For example, although he alleges that Yellow was his employer, not his insurer, Mundy seeks prejudgment interest, penalties, and attorneys' fees under the Illinois Insurance Code, 215 ILCS 5/155, 5/357.9 and 5/357.9a. While Yellow is not an insurer subject to the Insurance Code, it appears that Mundy seeks to extend the Insurance Code to cover employment contracts. The basis for this claim is not apparent from the Complaint, but such a novel theory is best left to the state courts to address in the first instance.

Last, dismissal is appropriate because Mundy's state law and ERISA claims cannot easily be tried together. A claim for benefits under an ERISA Plan is not subject to jury trial. *See, e.g., Brown v. Ret. Cmte. of Briggs & Stratton Ret. Plan.*, 797 F.2d 521, 527 (7th Cir. 1986). However, Mundy demands a jury trial for his breach of contract claim in Count I. Accordingly,

4

even if the Court retains jurisdiction over Mundy's state law claim, that claim will be tried separately from his ERISA claim.

## III.   Conclusion

The Court should decline to exercise jurisdiction over Mundy's ancillary claim under Illinois law, as that claim will predominate over his ERISA claim.  Mundy's claim for STIR benefits will necessitate discovery, will require the Court to resolve issues of state law, and will require a trial by jury.  In contrast, the Court will be able to resolve Mundy's ERISA claim without discovery, without examining the record beyond those presented to the LTD claims administrator, without addressing any issues of state law, and without the need for a jury trial. Consequently, Defendant Yellow Transportation, Inc. respectfully asks the Court to grant its Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), and to dismiss Count I of the Amended Complaint.

Respectfully submitted,

YELLOW TRANSPORTATION, INC.

By: s/William R. Pokorny - 06275705
     wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  June 17, 2008

375873.1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT YELLOW TRANSPORTATION, INC.'S NOTICE OF MOTION TO DISMISS,** has been filed with the Clerk of the Court using the CM/ECF system on this 17th day of June, 2008, which will send notification to the following counsel of record:

> Kenneth Paul Dobbs
> roghutch@prodigy.net
> Roger Sanford Hutchison
> rsh@dobbsandhutchison.com
> Dobbs and Hutchison
> 47 West Polk Street
> Suite M-2
> Chicago, IL 60605
> (312) 461-9200

> <u>s/William R. Pokorny - 06275705____</u>
> wrp@franczek.com

> Lisa A. McGarrity - 06198304
> lam@franczek.com
> FRANCZEK SULLIVAN, P.C.
> 300 South Wacker Drive
> Suite 3400
> Chicago, IL 60606-6785
> (312) 986-0300

375873.1

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOSEPH MUNDY,

               Plaintiff,

        v.

YELLOW TRANSPORTATION COMPANY,
INC., SHORT-TERM DISABILITY PLAN,
*et al.*

               Defendants.

Case No. 08-cv-01576

Hon. Elaine E. Bucklo

### DECLARATION OF BRENT J. STICHKA

I, Brent J. Stichka, state the following under oath or affirmation:

1.     I am currently employed by YRC Worldwide, Inc. as its Director of Employee Benefits. In this capacity, I have overall responsibility for overseeing employee benefits matters for YRC Worldwide, Inc. and its subsidiaries. By virtue of my position and my personal involvement in the events described, I have personal knowledge of all matters set forth in this Declaration.

2.     Yellow Transportation, Inc. is a wholly-owned subsidiary of YRC Worldwide, Inc.

3.     The document attached to this Declaration as Exhibit 1 is a true and accurate copy of the Summary Plan Description for the Yellow Roadway Corporation Long-Term Disability Insurance Plan.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

BRENT J. STICHKA

Executed on (Date):

6-17-2008

# EXHIBIT 1

# Group Disability
# Insurance Certificate

Yellow Roadway Corporation

## IMPORTANT NOTICES

If you reside in one of the following states, please read the important notices below:

**Arizona, Florida and Maryland residents:**

**The group policy is issued in the state of Kansas and will be governed by its laws. If you reside in a state other than Kansas, this certificate of insurance may not provide all of the benefits and protections provided by the laws of your state. PLEASE READ YOUR CERTIFICATE CAREFULLY.**

**Texas residents:**

IMPORTANT NOTICE: To obtain information or make a complaint:

You may call the Life Insurance Company of North America, Group Insurance's toll-free telephone number for information or to make a complaint at 1-800-547-5515.

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at 1-800-252-3439.

You may write the Texas Department of Insurance:
P O Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the agent or company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

AVISO IMPORTANTE: Para obtener informacion o para someter una queja:

Usted Puede llamar al numero de telefono gratis del Life Insurance Company of North America, Group Insurance Division para informacion o para sometar una queja al 1-800-547-5515.

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al 1-800-252-3439.

Puede escribir al Departamento de Seguros de Texas:
P O Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

## FOREWORD

Disability insurance provides individuals and their families with financial protection. The Disability Insurance Benefit described in this booklet will help secure your family's financial security in the event of your disability.

The need for disability insurance protection depends on individual circumstances and financial situations. A portion of the cost of this coverage is provided by your Employer. You may need to contribute to the remaining cost of coverage through payroll deduction so that your benefit program is more comprehensive and responsive to your needs.

The following pages describe the main provisions of the disability insurance plan available to you.

Insurance benefits described in the following pages will apply to you if your Employer has made this coverage available to you at no cost or you have elected the benefit and authorized payroll deduction for the required premium.

.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192-2235
(800) 732-1603          TDD (800) 552-5744
**A STOCK INSURANCE COMPANY**

**GROUP INSURANCE
CERTIFICATE**

We, the LIFE INSURANCE COMPANY OF NORTH AMERICA, certify that we have issued a Group Policy, FLK-980016, to Yellow Roadway Corporation.

We certify that we insure all eligible persons, who are enrolled according to the terms of the Policy. Your coverage will begin and end according to the terms set forth in this certificate.

This certificate describes the benefits and basic provisions of your coverage. You should read it with care so you will understand your coverage.

This is not the insurance contract. It does not waive or alter any of the terms of the Policy. If questions arise, the Policy will govern. You may examine the Policy at the office of the Policyholder or the Administrator.

This certificate replaces any and all certificates which may have been issued to you in the past under the Policy.

Gregory H. Wolf, President

TL-004704

O/O v-2

## TABLE OF CONTENTS

SCHEDULE OF BENEFITS ................................................................................................................. 1

WHO IS ELIGIBLE ........................................................................................................................... 3

WHEN COVERAGE BEGINS ............................................................................................................ 3

WHEN COVERAGE ENDS ............................................................................................................... 3

WHEN COVERAGE CONTINUES .................................................................................................... 4

WHAT IS COVERED ......................................................................................................................... 5

WHAT IS NOT COVERED ............................................................................................................. 10

CLAIM PROVISIONS .................................................................................................................... 10

ADMINISTRATIVE PROVISIONS ................................................................................................ 11

GENERAL PROVISIONS .............................................................................................................. 12

DEFINITIONS ............................................................................................................................... 13

## SCHEDULE OF BENEFITS

**Policy Effective Date:**      June 1, 2004

**Policy Anniversary Date:**      June 1

**Policy Number:**      FLK-980016

**Eligible Class Definition:**
All active, Full-time non-bargaining Employees of the Employer regularly working a minimum of 40 hours per week, excluding Corporate Officers.

**Eligibility Waiting Period**

If you were hired on or
before the Policy Effective Date:      After 1 month of Active Service

If you were hired after
the Policy Effective Date:      After 1 month of Active Service

**Elimination Period**
| | |
|---|---|
| Core Benefit: | 6 months |
| Optional Benefit 1: | 6 months |
| Optional Benefit 2: | 6 months |

**Gross Disability Benefit**
| | |
|---|---|
| Core Benefit: | 50% |
| Optional Benefit 1: | 60% |
| Optional Benefit 2: | 66.67% |

The lesser of the percent of your monthly Covered Earnings listed above, rounded to the nearest dollar, or the Maximum Disability Benefit.

**Maximum Disability Benefit**
| | |
|---|---|
| Core Benefit: | $5,000 per month |
| Optional Benefit 1: | $10,000 per month |
| Optional Benefit 2: | $20,000 per month |

**Minimum Disability Benefit**
| | |
|---|---|
| Core Benefit: | $100 per month |
| Optional Benefit 1: | $100 per month |
| Optional Benefit 2: | $100 per month |

**Minimum Disability Benefit**
| | |
|---|---|
| Core Benefit: | $100 per month |
| Optional Benefit 1: | $100 per month |
| Optional Benefit 2: | $100 per month |

**Disability Benefit Calculation**
The Disability Benefit payable to you is figured using the Gross Disability Benefit, Other Income Benefits, calculation of Optimum Ability and the Return to Work Incentive. Monthly Benefits are based on a 30-day month. The Disability Benefit will be prorated if payable for any period less than a month.

1

During any month you have no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits, and less the calculation for Optimum Ability. During any month you have Disability Earnings, benefits are determined under the Return to Work Incentive. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that you receive on your own behalf or for your dependents, or which your dependents receive because of your entitlement to Other Income Benefits.

*Return to Work Incentive*
During any month you have Disability Earnings, your benefits will be calculated as follows.

Your monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and you have Disability Earnings:

1.  Add your Gross Disability Benefit and Disability Earnings.
2.  Compare the sum from 1. to your Indexed Earnings.
3.  If the sum from 1. exceeds 100% of your Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.  Your Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits and the calculation for Optimum Ability.
5.  If the sum from 1. does not exceed 100% of your Indexed Earnings, your Gross Disability Benefit will be reduced by Other Income Benefits and the calculation for Optimum Ability.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits, the calculation for Optimum Ability and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if we determine you are able to work under a modified work arrangement and you refuse to do so without Good Cause.

*Calculation for Optimum Ability*
The calculation for Optimum Ability is the earnings you could earn if working at Optimum Ability, minus Disability Earnings.

**Maximum Benefit Period**

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | Your 65th birthday or |
| | the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

TL-004774

2

## WHO IS ELIGIBLE

If you qualify under the Class Definition shown in the Schedule of Benefits you are eligible for coverage under the Policy on the Policy Effective Date, or the day after you complete the Eligibility Waiting Period, if later. The Eligibility Waiting Period is the period of time you must be in Active Service to be eligible for coverage. Your Eligibility Waiting Period will be extended by the number of days you are not in Active Service.

Except as noted in the Reinstatement Provision, if you terminate your coverage and later wish to reapply, or if you are a former Employee who is rehired, you must satisfy a new Eligibility Waiting Period. You are not required to satisfy a new Eligibility Waiting Period if your insurance ends because you no longer qualify under your Class Definition, but you continue to be employed, and within one year you qualify again.

TL-004710

## WHEN COVERAGE BEGINS

You will be insured on the date you become eligible, if you are not required to contribute to the cost of this insurance.

If you are required to contribute to the cost of your insurance you may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and us. The effective date of your insurance depends on the date coverage is elected

If you elect coverage within 31 days after you become eligible or during an Annual Enrollment Period, your insurance is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date you authorized payroll deduction.
3.      The date the completed enrollment form is received by the Employer or us.
If your enrollment form is received more than 31 days after you are eligible for insurance, you must satisfy the Insurability Requirement before your insurance is effective. If approved, your insurance is effective on the date we agree in writing to insure you.

If you are not in Active Service on the date your insurance would otherwise be effective, it will be effective on the date you return to any occupation for your Employer on a Full-time basis.

TL-004712

## WHEN COVERAGE ENDS

Your coverage ends on the earliest of the following dates:
1.      the date you are eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date you are no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date you are no longer in Active Service;
6.      the date benefits end because you did not comply with the terms and conditions of the insurance coverage.

If you are entitled to receive Disability Benefits when the Policy terminates, Disability Benefits will be payable to you if you remain disabled and meet the requirements for the insurance. Any later period of Disability, regardless of cause, that begins when you are eligible under another disability coverage provided by any employer, will not be covered.

TL-007505.00

## WHEN COVERAGE CONTINUES

This provision modifies the When Coverage Ends provision to allow insurance to continue under certain circumstances if you are no longer in Active Service. Insurance that is continued under this provision is subject to all other terms of the When Coverage Ends provisions.

Your Disability Insurance will continue if your Active Service ends because of a Disability for which benefits under the Policy are or may become payable. Your premiums will be waived while Disability Benefits are payable. If you do not return to Active Service, this insurance ends when your Disability ends or when benefits are no longer payable, whichever occurs first.

If your Active Service ends due to a family medical leave approved timely by the Employer, insurance will continue for you for up to 12 weeks, if the required premium is paid when due.

If your Active Service ends due to any leave of absence approved in writing by the Employer prior to the date you cease work insurance will continue for you for up to 30 days if the required premium is paid. An approved leave of absence does not include layoff or termination of employment.

If your Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, your insurance will continue until the earlier of:
a.  the date your employment relationship with the Employer terminates;
b.  the date premiums are not paid when due;
c.  the end of the 30 day period that begins with the first day of such excused absence;
d.  the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if your Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and continuation of insurance under this provision will not apply.

If your insurance is continued pursuant to this When Coverage Continues provision, and you become Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date you are scheduled to return to Active Service.

TL-004716

## TAKEOVER PROVISION

This provision applies to you only if you are eligible under this Policy and were covered for long term disability coverage on the day prior to the effective date of this Policy under the Prior Plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to you if you are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance. If required premium is paid when due, we will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group. This coverage will be provided until the earlier of the date: (a) you return to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day you were not in Active Service. The Policy will provide this coverage as follows:

4

1. If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
2. If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy. Credit will be given for partial completion under the Prior Plan of Elimination Periods and partial satisfaction of pre-existing condition limitations.

B. The Elimination Period under this Policy will be waived for a Disability which begins while you are insured under this Policy if all of the following conditions are met:

1. The Disability results from the same or related causes as a Disability for which monthly benefits were payable under the Prior Plan;
2. Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
3. An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
4. The Disability begins within 6 months of your return to Active Service and your insurance under this Policy is continuous from this Policy's Effective Date.

C. Except for any amount of benefit in excess of a Prior Plan's benefits, the Pre-existing Condition Limitation will not apply if you were covered under a Prior Plan and satisfied the pre-existing condition limitation, if any, under that plan. If you did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied.

Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

If benefits are payable under the Prior Plan for the Disability, no benefits are payable under this Policy.

TL-005108

## DESCRIPTION OF BENEFITS
## WHAT IS COVERED

**Disability Benefits**
We will pay Disability Benefits if you become Disabled while covered under this Policy. You must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy. You must provide to us, at your own expense, satisfactory proof of Disability before benefits will be paid. The Disability Benefit is shown in the Schedule of Benefits.

We will require continued proof of your Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time you must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**
The Disability Benefit Calculation is shown in the Schedule of Benefits. Monthly Disability Benefits are based on a 30 day period. They will be prorated if payable for any period less than a month. If you are working while Disabled, the Disability Benefit Calculation will be the Return to Work Incentive.

5

**Return to Work Incentive**
The Return to Work Incentive is shown in the Schedule of Benefits. You may work for wage or profit while Disabled. In any month in which you work and a Disability Benefit is payable, the Return to Work Incentive applies.

We will, from time to time, review your status and will require satisfactory proof of earnings and continued Disability.

**Minimum Benefit**
We will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits. The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**
If Disability Benefits are payable to you under this Policy, you may be eligible for benefits from Other Income Benefits. If so, we may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1.  any amounts received (or assumed to be received*) by you or your dependents under:
    - the Canada and Quebec Pension Plans;
    - the Railroad Retirement Act;
    - any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
    - any sick leave or salary continuation plan of the Employer;
    - any work loss provision in mandatory "No-Fault" auto insurance.
2.  any Social Security disability or retirement benefits you or any third party receive (or are assumed to receive*) on your own behalf or for your dependents; or which your dependents receive (or are assumed to receive*) because of your entitlement to such benefits.
3.  any Retirement Plan benefits funded by the Employer. "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer. It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 401(k) plan.
4.  any proceeds payable under any franchise or group insurance or similar plan available through the Policyholder. If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, we will pay for our pro rata share of the total claim. "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5.  any amounts received (or assumed to be received*) by you or your dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.
6.  any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of your entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

6

*Increases in Other Income Benefits*

Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating your Disability Benefits after the first reduction is made for any Other Income Benefits. This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*

Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

We will assume you (and your dependents, if applicable) are receiving benefits for which you are eligible from Other Income Benefits. We will reduce your Disability Benefits by the amount from Other Income Benefits we estimate are payable to you and your dependents.

We will waive Assumed Receipt of Benefits, except for Disability Earnings for work you perform while Disability Benefits are payable, if you:

1.  provide satisfactory proof of application for Other Income Benefits;
2.  sign a Reimbursement Agreement;
3.  provide satisfactory proof that all appeals for Other Income Benefits have been made unless we determine that further appeals are not likely to succeed; and
4.  submit satisfactory proof that Other Income Benefits were denied.

We will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until you actually receive them.

*Social Security Assistance*

We may help you in applying for Social Security Disability Income (SSDI) Benefits, and may require you to file an appeal if we believe a reversal of a prior decision is possible.

We will reduce Disability Benefits by the amount we estimate you will receive, if you refuse to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**

We have the right to recover any benefits we have overpaid. We may use any or all of the following to recover an overpayment:

1.  request a lump sum payment of the overpaid amount;
2.  reduce any amounts payable under this Policy; and/or
3.  take any appropriate collection activity available to us.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when you die, any benefits payable under the Policy will be reduced to recover the overpayment.

7

**Successive Periods of Disability**

A separate period of Disability will be considered continuous:

1.    if it results from the same or related causes as a prior Disability for which benefits were payable; and

2.    if, after receiving Disability Benefits, you return to work in your Regular Occupation for less than 6 consecutive months; and

3.    if you earn less than the percentage of Indexed Earnings that would still qualify you to meet the definition of Disability/Disabled during at least one month.

Any later period of Disability, regardless of cause, that begins when you are eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, you must satisfy a new Elimination Period.

## LIMITATIONS

**Limited Benefit Periods**

We will pay Disability Benefits on a limited basis for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid during your lifetime, no further benefits will be payable for any of the following conditions:

1.    Alcoholism
2.    Anxiety disorders
3.    Delusional (paranoid) disorders
4.    Depressive disorders
5.    Drug addiction or abuse
6.    Eating disorders
7.    Mental illness
8.    Somatoform disorders (psychosomatic illness)

If, before reaching your lifetime maximum benefit, you are confined in a hospital for more than 14 consecutive days, that period of confinement will not count against your lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Pre-Existing Condition Limitation**

We will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which you incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 6 months before your most recent effective date of insurance.

The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after you are covered for at least 12 months after your most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.17

8

## ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**
If we determine that you are a suitable candidate for rehabilitation, we may require you to participate in a Rehabilitation Plan and assessment at our expense. We have the sole discretion to approve your participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan. We will work with you, the Employer and your Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at our discretion, allow for payment of your medical expense, education expense, moving expense, accommodation expense or family care expense while you participate in the program.

If you fail to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

**Survivor Benefit**
We will pay a Survivor Benefit if you die while Disability Benefits are payable and at least 6 Monthly Benefits have been payable to you for a continuous period of Disability. The Survivor Benefit will equal 100% of the sum of the last full Disability Benefit payable to you plus the amount of any Disability Earnings by which the benefit had been reduced for that month. A single lump sum payment equal to 6 monthly Survivor Benefits will be payable.

We will pay the Survivor Benefit to your Spouse. If you do not have a Spouse, we will pay your surviving Children in equal shares. If you do not have a Spouse or any Children, we will pay your estate.

"Spouse" means your lawful spouse. "Children" means your unmarried children under age 21 who are chiefly dependent upon you for support and maintenance. The term includes a stepchild living with you at the time of your death.

TL-005107

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:
1.  the date you earn from any occupation, more than the percentage of Indexed Earnings set forth in the definition of Disability applicable to you at that time;
2.  the date we determine you are not Disabled;
3.  the end of the Maximum Benefit Period;
4.  the date you die;
5.  the date you refuse, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6.  the date you are no longer receiving Appropriate Care;
7.  the date you fail to cooperate with us in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if you begin to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## WHAT IS NOT COVERED

We will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:
1.  suicide, attempted suicide, or self-inflicted injury while sane or insane.
2.  war or any act of war, whether or not declared.
3.  active participation in a riot.
4.  commission of a felony.
5.  the revocation, restriction or non-renewal of your license, permit or certification necessary to perform the duties of your occupation unless due solely to Injury or Sickness otherwise covered by the Policy.

In addition, we will not pay Disability Benefits for any period of Disability during which you are incarcerated in a penal or corrections institution.

TL-007503.00

## CLAIM PROVISIONS

### Notice of Claim
Written notice of claim, or notice by any other electronic/telephonic means authorized by us, must be given to us within 31 days after a covered loss occurs or begins or as soon as reasonably possible. If written notice, or notice by any other electronic/telephonic means authorized by us, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible. Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent. Notice should include the Employer's name, the Policy Number and the claimant's name and address.

### Claim Forms
When we receive notice of claim, we will send claim forms for filing proof of loss. If we do not send claim forms within 15 days after notice is received by us, the proof requirements may be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by us, of the nature and extent of the loss.

### Claimant Cooperation Provision
If you fail to cooperate with us in our administration of your claim, we may terminate the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

### Insurance Data
The Employer is required to cooperate with us in the review of claims and applications for coverage. Any information we provide to the Employer in these areas is confidential and may not be used or released by the Employer if not permitted by applicable laws.

### Proof of Loss
You must provide written proof of loss to us, or proof by any other electronic/telephonic means authorized by us, within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by us, must be given not more than one year after the 90 day period. If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is provided outside of these time limits, the claim will be denied. These time limits will not apply due to lack of legal capacity.

10

Written proof that the loss continues, or proof by any other electronic/telephonic means authorized by us, must be furnished to us at intervals we require. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to us.

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which we are liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to you. If any person to whom benefits are payable is a minor or, in our opinion is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, we may, at our option, make payment to the person or institution appearing to have assumed custody and support.

If you die while any Disability Benefits remain unpaid, we may, at our option, make direct payment to any of your following living relatives: your spouse, your mother, your father, your children, your brothers or sisters; or to the executors or administrators of your estate. We may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release us from all liability for any payment made.

**Physical Examination and Autopsy**
We may, at our expense, exercise the right to examine any person for whom a claim is pending as often as we may reasonably require. Also, we may, at our expense, require an autopsy unless prohibited by law.

**Legal Actions**
No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by us, has been furnished as required by the Policy. No such action shall be brought more than 5 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**
If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which you live when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**
You have the right to choose any Physician who is practicing legally. We will in no way disturb the Physician/patient relationship.

TL-004724

<h1 style="text-align:center">ADMINISTRATIVE PROVISIONS</h1>

**Premiums**
The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Your Grace Period**
If your required premium is not paid on the Premium Due Date, there is a 31 day grace period after each premium due date after the first. If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.

**Reinstatement of Insurance**

Your coverage may be reinstated if your insurance ends because you are on an Employer approved unpaid leave of absence. Your insurance may be reinstated only if reinstatement occurs within 12 weeks from the date it ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment Act of 1994 (USERRA).

For your insurance to be reinstated the following conditions must be met.
1.    You must qualify under the Class Definition.
2.    The required premium must be paid.
3.    A written request for reinstatement and a new enrollment form for you must be received by us within 31 days from the date you return to Active Service.

Your reinstated insurance is effective on the date you return to Active Service. If you did not fully satisfy your Eligibility Waiting Period or Pre-Existing Condition Limitation (if any) before your insurance ended due to an unpaid leave of absence, you will receive credit for any time that was satisfied.

TL-004722

## GENERAL PROVISIONS

**Incontestability**

All statements made by the Employer or by an Insured are representations not warranties. No statement will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument containing the statement has been furnished to the claimant. In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility for insurance.

**Misstatement of Age**

If an Insured's age has been misstated, we will adjust all benefits to the amounts that would have been purchased for the correct age.

**Workers' Compensation Insurance**

The Policy is not in lieu of and does not affect any requirements for insurance under any Workers' Compensation Insurance Law.

**Assignment of Benefits**

We will not be affected by the assignment of your certificate until the original assignment or a certified copy of the assignment is filed with us. We will not be responsible for the validity or sufficiency of an assignment. An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect. This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts. This prohibition does not apply where contrary to law.

**Clerical Error**

A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy. If such an error is found, the premium will be adjusted fairly.

TL-004728

12

## DEFINITIONS

Please note, certain words used in this document have specific meanings. These terms will be capitalized throughout this document. The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

### Active Service
If you are an Employee, you are in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.    You are performing your regular occupation for the Employer on a full-time basis. You must be working at one of the Employer's usual places of business or at some location to which the Employer's business requires you to travel.
2.    The day is a scheduled holiday or vacation day and you were performing your regular occupation on the preceding scheduled work day.

You are in Active Service on a day which is not one of the Employer's scheduled work days only if you were in Active Service on the preceding scheduled work day.

### Annual Enrollment Period
The period in each calendar year agreed upon by your Employer and us when you may enroll for, or change benefit elections, under the Policy.

### Appropriate Care
Appropriate Care means the determination of an accurate and medically supported diagnosis of your Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of your Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

### Consumer Price Index (CPI-W)
The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor. If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

### Covered Earnings
Covered Earnings (flex pay) is your annual rate of pay plus the three year average of any lump sum payments (lump sum payments are normally Pay for Performance earnings, but could also encompass a lump sum merit) or incentive pay determined as of September 15th of each year divided by 12 months, as reported by the Employer for work performed for the Employer as in effect just prior to the date your Disability begins. It does not include earnings received from commissions, overtime pay or other extra compensation. Covered Earnings are determined initially on the date you apply for coverage. A change in the amount of Covered Earnings is effective as of September 15th of each year, if the Employer gives us written notice of the change and the required premium is paid.

Any increase in your Covered Earnings will not be effective during a period of continuous Disability.

### Disability/Disabled
You are considered Disabled if, solely because of Injury or Sickness, you are:
1.    unable to perform the material duties of your Regular Occupation; and
2.    unable to earn 80% or more of your Indexed Earnings from working in your Regular Occupation.

13

After Disability Benefits have been payable for 24 months, you are considered Disabled if, solely due to Injury or Sickness, you are:

1.  unable to perform the material duties of any occupation for which you are, or may reasonably become, qualified based on education, training or experience; and
2.  unable to earn 80% or more of your Indexed Earnings.

We will require proof of earnings and continued Disability.

**Disability Earnings**
Any wage or salary for any work performed for any employer during your Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**
For eligibility purposes, you are an Employee if you work for the Employer and are in one of the "Classes of Eligible Employees." Otherwise, you are an Employee if you are an employee of the Employer who is insured under the Policy.

**Employer**
The Policyholder and any affiliates or subsidiaries covered under the Policy. The Employer is acting as your agent for transactions relating to this insurance. You shall not consider any actions of the Employer as actions of the Insurance Company.

**Full-time**
Full-time means the number of hours set by the Employer as a regular work day for Employees in your eligibility class.

**Good Cause**
A medical reason preventing participation in the Rehabilitation Plan. Satisfactory proof of Good Cause must be provided to us.

**Indexed Earnings**
For the first 12 months Monthly Benefits are payable, your Indexed Earnings are equal to your Covered Earnings. After 12 Monthly Benefits are payable, your Indexed Earnings are your Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable. The amount of each increase will be the lesser of:

1.  10% of your Indexed Earnings during your preceding year of Disability; or
2.  the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**
Any accidental loss or bodily harm that results directly or independently from all other causes from an Accident.

**Insurability Requirement**
An eligible person satisfies the Insurability Requirement for an amount of coverage on the day we agree in writing to accept you as insured for that amount. To determine a person's acceptability for coverage, we will require you to provide evidence of good health and may require it be provided at your expense.

**Insurance Company**
The Insurance Company underwriting the Policy is named on your certificate cover page. References to the Insurance Company have been changed to "we", "our", "ours", and "us" throughout the certificate.

**Insured**
You are an Insured if you are eligible for insurance under the Policy, insurance is elected for you, the required premium is paid and your coverage is in force under the Policy.

**Optimum Ability**
1.  for the first 24 months that benefits are payable, the greatest extent of work you are able to do in your Regular Occupation;
2.  after 24 months, the greatest extent of work you are able to do in any occupation based on education, training or experience.

Your ability to work is based on the following:
1.  medical evidence you submitted;
2.  consultation with your Physician; and
3.  evaluation of your ability to work by not more than three Independent Experts if required by us.

There is no cost to you for evaluation by an Independent Expert when required by us to determine Optimum Ability.

The Independent Expert must be:
1.  licensed, registered or certified as required by the laws of the state in which the evaluation is made; and
2.  acting within the scope of that license, registration or certificate.

**Physician**
Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include you, your spouse, your immediate family (including parents, children, siblings, or spouses of any of the foregoing, whether the relationship derives from blood or marriage), or a person living in your household.

**Prior Plan**
The Prior Plan refers to the plan of insurance providing similar benefits to you, sponsored by the Employer and in effect directly prior to the Policy Effective Date. A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**
The occupation you routinely perform at the time the Disability begins. In evaluating the Disability, we will consider the duties of the occupation as it is normally performed in the general labor market in the national economy. It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**
A written plan designed to enable you to return to work. The Rehabilitation Plan will consist of one or more of the following phases:
1.  rehabilitation, under which we may provide, arrange or authorize education, vocational or physical rehabilitation or other appropriate services;
2   work, which may include modified work and work on a part-time basis.

**Sickness**
The term Sickness means a physical or mental illness.

TL-007500.17

15

**SUPPLEMENTAL INFORMATION**
for

**Yellow Roadway Corporation Long-Term Disability Insurance**

**required by the Employee Retirement
Income Security Act of 1974**

As a Plan participant in Yellow Roadway Corporation's Insurance Plan, you are entitled to certain rights and protection under the Employee Retirement Income Security Act of 1974 (ERISA).

You should refer to the attached Certificate for a description of when you will become eligible under the Plan, the amount and types of benefits available to you, and the circumstances under which benefits are not available to you or may end. The Certificate, along with the following Supplemental Information, makes up the Summary Plan Description as required by ERISA.

## IMPORTANT INFORMATION ABOUT THE PLAN

The Plan is established and maintained by: Yellow Roadway Corporation

The Employer Identification Number (EIN) is: 48-0948788

The Plan Number is: 505

The Insurance Plan is administered directly by the Plan Administrator with benefits provided, in accordance with the provisions of the group insurance contract, FLK-980016, issued by LIFE INSURANCE COMPANY OF NORTH AMERICA.

The Plan Administrator is:
    Yellow Roadway Corporation
    10990 Roe Avenue
    Overland Park, KS 66211

The Plan Administrator has authority to control and manage the operation and administration of the Plan. The Plan Administrator may terminate, suspend, withdraw or amend the Plan, in whole or in part, at any time, subject to the applicable provisions of the Policy. (Your rights upon termination or amendment of the Plan are set forth in your Certificate.)

The agent for service of legal process is: Plan Administrator

The Plan of benefits is financed by: Employer and Employees

The date of the end of the Plan Year is: December 31

## WHAT YOU SHOULD DO AND EXPECT IF YOU HAVE A CLAIM

When you are eligible to receive benefits under the Plan, you must request a claim form or obtain instructions for submitting your claim telephonically or electronically, from the Plan Administrator. All claims you submit must be on the claim form or in the electronic or telephonic format provided by the Insurance Company. You must complete your claim according to directions provided by the Insurance Company. If these forms or instructions are not available, you must provide a written statement of proof of loss. After you have completed the claim form or written statement, you must submit it to the Plan Administrator.

16

The Plan Administrator has appointed the Insurance Company as the named fiduciary for adjudicating claims for benefits under the Plan, and for deciding any appeals of denied claims. The Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company shall be final and binding on Participants and Beneficiaries to the full extent permitted by law.

The Insurance Company has 45 days from the date it receives your claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable to you in accordance with the terms and provisions of the Policy. The Insurance Company may require more time to review your claim if necessary due to circumstances beyond its control. If this should happen, the Insurance Company must notify you in writing that its review period has been extended for up to two additional periods of 30 days ( in the case of a claim for disability benefits), or one additional period of 90 days (in the case of any other benefit). If this extension is made because you must furnish additional information, these extension periods will begin when the additional information is received. You have up to 45 days to furnish the requested information.

During the review period, the Insurance Company may require a medical examination of the Insured, at its own expense; or additional information regarding the claim. If a medical examination is required, the Insurance Company will notify you of the date and time of the examination and the physician's name and location. It is important that you keep any appointments made since rescheduling examinations will delay the claim process. If additional information is required, the Insurance Company must notify you, in writing, stating the information needed and explaining why it is needed.

If your claim is approved, you will receive the appropriate benefit from the Insurance Company.

If your claim is denied, in whole or in part, you must receive a written notice from the Insurance Company within the review period. The Insurance Company's written notice must include the following information:

1.  The specific reason(s) the claim was denied.
2.  Specific reference to the Policy provision(s) on which the denial was based.
3.  Any additional information required for your claim to be reconsidered, and the reason this information is necessary.
4.  In the case of any claim for a disability benefit, identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5.  A statement informing you of your right to appeal the decision, and an explanation of the appeal procedure, as outlined below.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, you have the right to appeal the decision. You (or your duly authorized representative) must make a written request for appeal to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date you receive the denial. If you do not make this request within that time, you will have waived your right to appeal.

Once your request has been received by the Insurance Company, a prompt and complete review of your claim must take place. This review will give no deference to the original claim decision, and will not be made by the person who made the initial claim decision. During the review, you (or your duly authorized representative) have the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan. Any medical or vocational experts consulted by the Insurance Company will be identified. You may also submit issues and comments that you feel might affect the outcome of the review.

17

The Insurance Company has 60 days from the date it receives your request to review your claim and notify you of its decision (45 days, in the case of any claim for disability benefits). Under special circumstances, the Insurance Company may require more time to review your claim. If this should happen, the Insurance Company must notify you, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any claim for disability benefits). Once its review is complete, the Insurance Company must notify you, in writing, of the results of the review and indicate the Plan provisions upon which it based its decision.

## YOUR RIGHTS AS SET FORTH BY ERISA

As a participant in Yellow Roadway Corporation's Insurance Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefit Security Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

18

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefit Security Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefit Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefit Security Administration.

LM-5B35a                                                                                       ER-03-1

19

## IMPORTANT CHANGES FOR STATE REQUIREMENTS

If you reside in one of the following states, please read the important changes below. The provisions of your certificate are modified for residents of the following states. The modifications listed apply only to residents of that state, and only when the underlying provision is included in the certificate.

**Louisiana residents:**

The percentage of Indexed Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**

The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**

Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

20

**UNDERWRITTEN BY:**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**a CIGNA company**

Class 1
03/2005



**CIGNA Group Insurance**
Life · Accident · Disability