IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YELLOW TRANSPORTATION COMPANY, INC., SHORT-TERM DISABILITY PLAN, Designated for Employees of Yellow Transportation, Inc.; YELLOW TRANSPORTATION COMPANY, INC. LONG-TERM DISABILITY PLAN, Designated for Employees of Yellow Transportation, Inc.; CIGNA CORPORATION, in its capacity as Administrator of the Plans; | ) ) ) ) ) ) ) ) ) | Case No.: 08 C 1576<br><br>Judge Bucklo<br><br>Magistrate Judge Valdez |
| Defendants. | ) | |

**To:**  Roger Sanford Hutchison, Esq.   William R Pokorny, Esq.
rsh@dobbsandhutchison.com   wrp@franczek.com
DOBBS AND HUTCHISON   FRANCZEK SULLIVAN P.C.
47 W Polk St   300 South Wacker Drive
Chicago, IL 60605-2000   Suite 3400
   Chicago, Illinois 60606

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that, on July 1, 2008, at 9:30 a.m., we will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then present **Agreed Motion for Extension of Time.**

Daniel K. Ryan   Respectfully submitted:
Peter E. Pederson
HINSHAW & CULBERTSON LLP   CIGNA CORPORATION
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601-1081   By:   /s/ Peter E. Pederson
(312) 704-3000        One of its attorneys

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on June 18, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

/s/ Peter E. Pederson

6307685v1 887622