IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br><br>     Plaintiff,<br><br>v.<br><br>YELLOW TRANSPORTATION COMPANY, INC., SHORT-TERM DISABILITY PLAN, *et al.*<br><br>     Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

**AMENDED NOTICE OF MOTION**

To:   Kenneth Paul Dobbs
      Roger Sanford Hutchison
      Dobbs and Hutchison
      47 West Polk Street , Suite M-2
      Chicago, IL 60605

   PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008** at **9:30 a.m.** we shall appear before the **Honorable Judge Elaine E. Bucklo, Room 1441**, or any judge sitting in her stead, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION TO DISMISS,** a copy of which has been served upon you.

                    Respectfully submitted,

                    YELLOW TRANSPORTATION COMPANY,
                    INC.

                    By: s/William R. Pokorny - 06275705
                         wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  June 18, 2008

379446.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **DEFENDANT YELLOW TRANSPORTATION, INC.'S AMENDED NOTICE OF MOTION TO DISMISS,** has been filed with the Clerk of the Court using the CM/ECF system on this 18th day of June, 2008, which will send notification to the following counsel of record:

> Kenneth Paul Dobbs
> roghutch@prodigy.net
> Roger Sanford Hutchison
> rsh@dobbsandhutchison.com
> Dobbs and Hutchison
> 47 West Polk Street
> Suite M-2
> Chicago, IL 60605
> (312) 461-9200

> s/William R. Pokorny - 06275705\_\_\_\_
>    wrp@franczek.com

> Lisa A. McGarrity - 06198304
> lam@franczek.com
> FRANCZEK SULLIVAN, P.C.
> 300 South Wacker Drive
> Suite 3400
> Chicago, IL 60606-6785
> (312) 986-0300

379446.1