UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH MUNDY,   )
　　　　　　　　)
　　　　Plaintiff,   )   No.   08 C 1576
　　　　　　　　)
　　vs.   )   Judge Bucklo
　　　　　　　　)
　　　　　　　　)   Magistrate Judge
LIFE INSURANCE COMPANY OF NORTH AMERICA, )   Valdez
In its capacity as Administrator of the )
Yellow Roadway Corporation Long-Term   )
Disability Benefits Plan,   )
YELLOW ROADWAY CORPORATION LONG-TERM   )
DISABILITY BENEFITS PLAN,   )
YELLOW TRANSPORTATION, INC.,   )
　　　　　　　　)
　　　　Defendants.   )

NOTICE OF MOTION

Plantiff will appear before the Honorable Judge Bucklo on July 1, 2008 at 9:30 a.m., in room 1441; and will present Plantiff's motion to File Second Amended Complaint, Instanter.

Respectfully submitted,

_____
Attorney for Plaintiff

Dobbs and Hutchison
47 West Polk Street, Suite M-2
Chicago, Il 60605
312-461-9800