UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Joseph Mundy

                Plaintiff,

v.                                               Case No.: 1:08–cv–01576
                                                Honorable Elaine E. Bucklo

Yellow Transportation Company, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to amend Count I of Amended Complaint [43] heard and the motion is granted. All responsive pleadings filed in this case will be applied to the amended complaint. Scheduling conference held on 7/1/2008. Plaintiff's motion for leave to conduct limited discovery will be due by 7/23/08; response by 8/13/08; and any reply by 8/20/08. Ruling set for 8/28/2008 at 09:30 AM. Set deadlines/hearing as to motion to dismiss[34] : Responses due by 7/9/2008. Replies due by 7/16/2008. Target date for ruling by mail set for 8/6/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.