IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF ) | Case No.: 08 C 1576 |
| NORTH AMERICA, in its capacity as ) | |
| Administrator of the Yellow Roadway ) | Judge Bucklo |
| Corporation Long-Term Disability Benefits ) | |
| Plan, YELLOW ROADWAY ) | Magistrate Judge Valdez |
| CORPORATION LONG-TERM ) | |
| DISABILITY BENEFITS PLAN, YELLOW ) | |
| TRANSPORTATION, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), and YELLOW ROADWAY CORPORATION LONG-TERM DISABILITY INSURANCE PLAN ("LTD Plan"), by their undersigned counsel, respectfully move this Honorable Court for a seven day extension of time, from August 12, 2008 to August 19, 2008, to respond to plaintiff's motion for leave to conduct discovery:

1.　The response of LINA and the LTD Plan to the plaintiff's motion for leave to conduct discovery (Docket # 49) is due August 12, 2008.  Counsel for defendants spent all of the week of August 4, 2008 preparing for and taking expert depositions in an earlier filed case.  As a result, counsel have been unable to complete the response brief and obtain defendants' comments on the brief by the current deadline.  Defendants therefore seek a seven day extension, from August 12 to August 19, to file their response to the motion for leave to conduct discovery.

6350408v1 51096

2. In an email exchange on August 12, 2008, counsel for the plaintiff and the co-defendant, Yellow Roadway Corporation, stated they did not oppose this motion.

WHEREFORE, Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA, and YELLOW ROADWAY CORPORATION LONG-TERM DISABILITY INSURANCE PLAN, respectfully request that this Honorable Court grant them a seven day extension, up to August 19, 2008, to respond to plaintiff's motion for leave to conduct discovery.

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois  60601<br>(312) 704-3000<br>**Fax:**  (312) 704-3001<br>dryan@hinshawlaw.com<br>ppederson@hinshawlaw.com | Respectfully submitted:<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and YELLOW ROADWAY CORPORATION LONG-TERM DISABILITY INSURANCE PLAN<br><br>By:  /s/ Peter E. Pederson<br>One of its Attorneys |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on August 12, 2008, I e-filed this motion using the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

s/Peter E. Pederson

## SERVICE LIST

| | |
|---|---|
| Roger Sanford Hutchison, Esq.<br>rsh@dobbsandhutchison.com<br>DOBBS AND HUTCHISON<br>47 W Polk St<br>Chicago, IL 60605-2000 | William R Pokorny, Esq.<br>wrp@franczek.com<br>FRANCZEK SULLIVAN P.C.<br>300 South Wacker Drive<br>Suite 3400<br>Chicago, Illinois 60606 |

6350408v1 51096