IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| YELLOW TRANSPORTATION COMPANY, INC., ) | Case No.: 08 C 1576 |
| SHORT-TERM DISABILITY PLAN, Designated for ) | |
| Employees of Yellow Transportation, Inc.; YELLOW ) | Judge Bucklo |
| TRANSPORTATION COMPANY, INC. LONG- ) | |
| TERM DISABILITY PLAN, Designated for ) | Magistrate Judge Valdez |
| Employees of Yellow Transportation, Inc.; CIGNA ) | |
| CORPORATION, in its capacity as Administrator of ) | |
| the Plans; ) | |
| ) | |
|     Defendants. ) | |

**To:**  Roger Sanford Hutchison, Esq.          William R Pokorny, Esq.
rsh@dobbsandhutchison.com              wrp@franczek.com
DOBBS AND HUTCHISON                    FRANCZEK SULLIVAN P.C.
47 W Polk St                           300 South Wacker Drive
Chicago, IL 60605-2000                 Suite 3400
                                       Chicago, Illinois 60606

## NOTICE OF AGREED MOTION

    PLEASE TAKE NOTICE that, on August 18, 2008, at 9:30 a.m., we will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and shall then and there present **Agreed Motion for Extension of Time.**

Daniel K. Ryan                              Respectfully submitted:
Peter E. Pederson
HINSHAW & CULBERTSON LLP                    CIGNA CORPORATION
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601-1081               By:___/s/ Peter E. Pederson_____
(312) 704-3000                                    One of its attorneys

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that on August 12, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

                                          _____/s/ Peter E. Pederson_____

6307685v1 51096