UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH MUNDY,                              )
                                           )
            Plaintiff,                     )   No.   08 C 1576
                                           )
     vs.                                   )   Judge Bucklo
                                           )
                                           )   Magistrate Judge
LIFE INSURANCE COMPANY OF NORTH AMERICA,   )   Valdez
In its capacity as Administrator of the    )
Yellow Roadway Corporation Long-Term       )
Disability Benefits Plan,                  )
YELLOW ROADWAY CORPORATION LONG-TERM       )
DISABILITY BENEFITS PLAN,                  )
YELLOW TRANSPORTATION, INC.,               )
                                           )
            Defendants.                    )

NOTICE OF MOTION

Plantiff will appear before the Honorable Judge Bucklo on August 18, 2008 at 9:30 a.m., in room 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604; and will present Plantiff's Motion to Vacate Stipulation to Standard of Review, and Motion to Leave to File an Amended Motion for Leave to Conduct Limited Discovery.

                                    Respectfully submitted,

                                    _____
                                    Attorney for Plaintiff

Dobbs and Hutchison
47 West Polk Street
Suite M-2
Chicago, Il 60605
312-461-9800