**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joseph Mundy

                                        Plaintiff,

v.                                                                  Case No.: 1:08–cv–01576
                                                                            Honorable Elaine E. Bucklo

Yellow Transportation Company, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' motion for extension of time [51] until 8/19/08 to respond to plaintiff's motion to conduct limited discovery is granted. Accordingly, reply is extended to 8/26/08. Ruling reset for 9/12/08 at 9:30 a.m. Plaintiff's motion to vacate stipulation to standard of review and for leave to file amended motion to conduct limited discovery [54] is also granted.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.