IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br><br>               Plaintiff,<br><br>    v.<br><br>YELLOW TRANSPORTATION COMPANY, INC., SHORT-TERM DISABILITY PLAN, *et al.*<br><br>               Defendants. | Case No. 08-cv-01576<br>Hon. Elaine E. Bucklo |

**NOTICE OF MOTION**

To:    Please See Attached **Certificate of Service**

    PLEASE TAKE NOTICE that on at **Wednesday, August 27, 2008** at **9:30 a.m.** we shall appear before the **Honorable Judge Elaine E. Bucklo, Room 1441**, or any judge sitting in her stead, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANT YELLOW TRANSPORTATION, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** a copy of which has been served upon you.

                            Respectfully submitted,

                            YELLOW TRANSPORTATION COMPANY, INC.

                            By: s/William R. Pokorny - 06275705
                                wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  August 25, 2008

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **NOTICE OF MOTION FOR DEFENDANT YELLOW TRANSPORTATION, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** has been filed with the Clerk of the Court using the CM/ECF system on this 25th day of August, 2008, which will send notification to the following counsel of record:

>Kenneth Paul Dobbs
>roghutch@prodigy.net
>Roger Sanford Hutchison
>rsh@dobbsandhutchison.com
>Dobbs and Hutchison
>47 West Polk Street
>Suite M-2
>Chicago, IL 60605
>
>Peter E. Pederson
>ppederson@hinshawlaw.com
>Hinshaw and Culbertson
>222 N. LaSalle Street
>Suite 300
>Chicago, Illinois  60601

>s/William R. Pokorny - 06275705____
>wrp@franczek.com
>
>Lisa A. McGarrity - 06198304
>lam@franczek.com
>FRANCZEK SULLIVAN, P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606-6785
>(312) 986-0300

384407v.1