UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MUNDY, ) | | |
| ) | | |
| Plaintiff, ) | No. | 08 C 1576 |
| ) | | |
| vs. ) | | |
| ) | | |
| ) | | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, ) | | |
| In its capacity as Administrator of the ) | | |
| Yellow Roadway Corporation Long-Term ) | | |
| Disability Benefits Plan, ) | | |
| YELLOW ROADWAY CORPORATION LONG-TERM ) | | |
| DISABILITY BENEFITS PLAN, ) | | |
| YELLOW TRANSPORTATION, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**AGREED MOTION FOR EXTENSION OF TIME**

1. Plaintiff was granted leave to file a Reply to Defendants' Response to Plaintiff's Amended Motion for Leave to Conduct Limited Discovery by today, August 26, 2008.

2. Counsel for Plaintiffs' office has had four staff members and a partner of the firm on intermittent sick leave during the past two weeks. Therefore, Counsel for Plaintiff have not been able to allocate sufficient time to draft the Reply.

3. In an exchange of e-mails today, counsel for Defendants to Count II, which is the relevant Count of the

Second Amended Complaint, has agreed to an extension of seven days

WHEREFORE, the Plaintiff requests that he be granted until September 2, 2008 to file the Reply to the Response to Plaintiff's Amended Motion for Leave to Conduct Limited Discovery.

        Respectfully submitted,

        Attorney for Plaintiff

Kenneth P. Dobbs  
Roger S. Hutchison  
Dobbs and Hutchison  
47 West Polk Street  
Suite M-2  
Chicago, Il 60605  
312-461-9800