UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> LIFE INSURANCE COMPANY OF NORTH AMERICA, ) <br> In its capacity as Administrator of the ) <br> Yellow Roadway Corporation Long-Term ) <br> Disability Benefits Plan, ) <br> YELLOW ROADWAY CORPORATION LONG-TERM ) <br> DISABILITY BENEFITS PLAN, ) <br> YELLOW TRANSPORTATION, INC., ) <br> ) <br> Defendants. ) | No.   08 C 1576 <br><br> Judge Bucklo <br><br> Magistrate Judge Valdez |

NOTICE OF MOTION

Plantiff will appear before the Honorable Judge Bucklo on August 28, 2008 at 9:30 a.m., in room 1441 of the Dirksen Building, 219 S. Dearborn St., Chicago, Illinois 60604; and will present Plantiff's Agreed Motion for Extension of Time.

Respectfully submitted,

_____
Attorney for Plaintiff

Dobbs and Hutchison
47 West Polk Street
Suite M-2
Chicago, Il 60605
312-461-9800