**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MUNDY,<br>    Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, *et al.*,<br>    Defendants. | Case No. 08-cv-01576<br><br>Hon. Elaine E. Bucklo |

**YELLOW TRANSPORTATION COMPANY'S
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Yellow Transportation Company, Inc., ("Yellow"), respectfully moves the Court for an extension of time, until October 6, 2008, to file its Answer to Plaintiff's Second Amended Complaint. Yellow states the following in support of its Motion:

1. Plaintiff's Amended Complaint includes two counts: Count I, directed against Yellow Transportation Company, Inc., is a state law breach of contract claim against Yellow, seeking short-term disability benefits under Yellow's Short Term Income Replacement Plan. Count II, directed against Life Insurance Company of North America and the Yellow Roadway Corporation Long-Term Disability Benefits Plan, is claim for benefits under an ERISA plan. Yellow is not a party to Count II.

2. Yellow's Answer to Count I is presently due on September 8, 2008.

3. Yellow and Plaintiff have reached tentative agreement on the dollar amount of a settlement, and are presently working to finalize an appropriate settlement agreement.

4. Yellow therefore requests a brief extension of time to file its answer, in the expectation that Yellow and Plaintiff will have finalized their settlement before the answer again becomes due.

WHEREFORE, for the foregoing reasons, Yellow Transportation Company, Inc. requests an extension of time, until October 6, 2008, to file its answer to Count I of Plaintiffs' Second Amended Complaint.

Respectfully submitted,

YELLOW TRANSPORTATION COMPANY, INC.

By: s/William R. Pokorny – 06275705
    wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated: September 8, 2008

384323.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** has been filed with the Clerk of the Court using the CM/ECF system on this 8th day of September, 2008, which will send notification to the following counsel of record:

>Kenneth Paul Dobbs
>roghutch@prodigy.net
>Roger Sanford Hutchison
>rsh@dobbsandhutchison.com
>Dobbs and Hutchison
>47 West Polk Street
>Suite M-2
>Chicago, IL 60605
>
>Peter E. Pederson
>ppederson@hinshawlaw.com
>Hinshaw and Culbertson
>222 N. LaSalle Street
>Suite 300
>Chicago, Illinois  60601

>s/William R. Pokorny - 06275705_____
>wrp@franczek.com
>
>Lisa A. McGarrity - 06198304
>lam@franczek.com
>FRANCZEK SULLIVAN, P.C.
>300 South Wacker Drive
>Suite 3400
>Chicago, IL 60606-6785
>(312) 986-0300

384323.1