# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSEPH MUNDY,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>YELLOW TRANSPORTATION COMPANY,<br>INC., SHORT-TERM DISABILITY PLAN,<br>*et al.*<br>　　　　　Defendants. | Case No. 08-cv-01576<br>Hon. Elaine E. Bucklo |

## **NOTICE OF MOTION**

To:　　Please See Attached **Certificate of Service**

　　　PLEASE TAKE NOTICE that on at **Wednesday, September 10, 2008** at **9:30 a.m.** we shall appear before the **Honorable Judge Elaine E. Bucklo, Room 1441**, or any judge sitting in her stead, 219 South Dearborn Street, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION FOR AN EXTENSION OF TIME TO ANSWERO OR OTHERWISE PLEAD TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** a copy of which has been served upon you.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　YELLOW TRANSPORTATION COMPANY,
　　　　　　　　　　　　　　　　INC.

　　　　　　　　　　　　　　　　By: s/William R. Pokorny - 06275705
　　　　　　　　　　　　　　　　　　　wrp@franczek.com

Lisa A. McGarrity - 06198304
lam@franczek.com
William R. Pokorny
FRANCZEK SULLIVAN, P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606-6785
(312) 986-0300

Dated:  September 8, 2008

385417.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby states that a true and correct copy of the foregoing **NOTICE OF MOTION FOR DEFENDANT YELLOW TRANSPORTATION, INC.'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S SECOND AMENDED COMPLAINT,** has been filed with the Clerk of the Court using the CM/ECF system on this 8th day of September, 2008, which will send notification to the following counsel of record:

        Kenneth Paul Dobbs
        roghutch@prodigy.net
        Roger Sanford Hutchison
        rsh@dobbsandhutchison.com
        Dobbs and Hutchison
        47 West Polk Street
        Suite M-2
        Chicago, IL 60605

        Peter E. Pederson
        ppederson@hinshawlaw.com
        Hinshaw and Culbertson
        222 N. LaSalle Street
        Suite 300
        Chicago, Illinois  60601


        s/William R. Pokorny - 06275705____
        wrp@franczek.com

        Lisa A. McGarrity - 06198304
        lam@franczek.com
        FRANCZEK SULLIVAN, P.C.
        300 South Wacker Drive
        Suite 3400
        Chicago, IL 60606-6785
        (312) 986-0300

385417.1